No. 83–5749. Yu v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–5751. Pipinos v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–5770. Antonelli v. Field Enterprises, Inc. Sup. Ct. Ill. Certiorari denied.

No. 83–5771. Royse v. Corhart Refractories Co. C. A. 6th Cir. Certiorari denied.

No. 83–5774. Alford v. Allsbrook et al. C. A. 4th Cir. Certiorari denied.

No. 83–5782. Rose v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 83–5783. Simpson v. Isringhausen. C. A. 8th Cir. Certiorari denied.

No. 83–5784. Mally v. Shimer. C. A. 2d Cir. Certiorari denied.

No. 83–5787. Dixon v. Missouri. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 83–5788. Williams v. DeRobertis, Warden, et al. C. A. 7th Cir. Certiorari denied.

No. 83–5789. Shaffer-Corona v. Smith. Ct. App. D. C. Certiorari denied.

No. 83–5791. Partlow v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 83–5793. Howell v. Appling. C. A. 4th Cir. Certiorari denied.

No. 83–5797. Malumphy v. Arizona Board of Pardons and Parole et al. C. A. 9th Cir. Certiorari denied.

No. 83–5804. Nerison v. Solem, Warden, et al. C. A. 8th Cir. Certiorari denied.

No. 83–5827. Brooks v. United States. C. A. 4th Cir. Certiorari denied.